UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| A & T FINANCIAL SERVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RON ROSENBERG, Chief, Administrative Appeals Office; LEON RODRIGUEZ, Director, United States Citizenship and Immigration Services; JEH JOHNSON, Secretary, Department of Homeland Security, <br><br> Defendants. | Case No. 8:14-cv-00780-JLS (RNBx) <br><br> **Judgment** |

In accordance with the Court's Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment entered on March 2, 2015 (Doc. 46),

IT IS HEREBY ORDERED that judgment is entered in favor of Defendants.

DATED:  April 9, 2015

_____
The Honorable Josephine L. Staton
United States District Judge